THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| NICHOLAS SCOTT POE,<br><br>        Plaintiff,<br><br>v.<br><br>L. BRAD PECK,<br><br>        Defendant. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:25-cv-00090-DBB<br><br>District Judge David Barlow |

In this prisoner civil-rights action, on July 2, 2025, the Court ordered Plaintiff to within "a FINAL thirty days . . . SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to pay his initial partial filing fee [of $0.16] and otherwise appropriately prosecute this case." (ECF No. 11.) Plaintiff has still not paid the initial partial filing fee and was last heard from on June 30, 2025, when he filed some inmate-account information. (ECF No. 10.)

IT IS THUS ORDERED that Plaintiff's complaint is DISMISSED without prejudice for failure to comply with the Court's orders and for failure to prosecute. *See* DUCivR 41-2.

DATED this 14th day of August, 2025.

BY THE COURT:

DAVID BARLOW
United States District Judge